## Commonwealth, Appellant, *v.* The Curtis Publishing Co.

Argued November 29, 1943. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*Harry F. Stambaugh,* Special Deputy Attorney General, with him *James H. Duff,* Attorney General, for appellant.

*Chas. W. Hull,* with him *Geo. Ross Hull,* of *Hull, Leiby & Metzger,* for appellee.

PER CURIAM, January 3, 1944:

The judgment of the court below is affirmed on the able and comprehensive opinion of President Judge HARGEST.